IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NEW AMSTERDAM, LLC, | § § § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO. 2:23-cv-421-JRG-RSP |
| v. | § § | |
| MEDTRONIC PLC, MEDTRONIC, INC. *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff New Amsterdam, LLC ("Plaintiff"). (Dkt. No. 30.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE under Rule 41(a)(1)(A)(i). (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jun 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE